[No. 43.    Decided May 31, 1890.]

STATE OF WASHINGTON v. SO HO ME.

*Error to Superior Court, Walla Walla County.*

*Wellington M. Clark, Thomas H. Brents,* and *W. C.
Jones,* Attorney General, for The State.

The opinion of the court was delivered by

SCOTT, J. — This case is in the same condition as *State
v. So Ho Ge,* just decided.

The order  sustaining the motion in arrest of judgment is
reversed, and the court below is directed to sentence the
defendant for manslaughter.

STILES, J., concurs.

HOYT, J., concurs in the result.

ANDERS, C. J., and DUNBAR, J., not sitting.